IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLY STEED,

          Plaintiff,

v.

GENERAL MOTORS LIFE AND DISABILITY
BENEFITS PROGRAM FOR HOURLY EMPLOYEES,
GENERAL MOTORS, LLC, and
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

          Defendants.

AMENDED ORDER

20-cv-70-wmc

The court is in receipt of plaintiff's motion to dismiss defendant Sedgwick Claims Management Services, Inc. (dkt. #13). Although styled as a motion under Rule 41(a)(1)(A)(i), the Seventh Circuit has determined that Rule 41(a) is limited to dismissing an "action" -- as in an entire case with the possible exception of a counterclaim under Rule 41(a)(2), not individual claims -- with voluntary dismissal of individual claims or parties falling under Rule 15(a). *See Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015). As such, the court will construe plaintiff's motion as one for dismissal under Rule 15(a). Accordingly, plaintiff's claims against defendant Sedgwick Claims are DISMISSED and the clerk is ordered to TERMINATE that defendant.

Entered this 3rd day of March, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge